FILED
2015 Jul-22  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JOHN SMITH, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | )   Case No.  3:15-cv-00443-HGD |
| | ) |
| HULL, STOREY & GIBSON COMPANIES, LLC, | ) |
| | ) |
|     Defendant | ) |

## MEMORANDUM OPINION

Plaintiff has filed a Rule 68 Proof of Service on the Offer and Acceptance of Judgment.  (Doc. 15).  Defendant, Hull, Storey, & Gibson Companies, LLC,[1] provided an Offer of Judgment to plaintiff on July 17, 2015. (Doc. 15-1).  The same day, plaintiff sent notice to defendant of his acceptance of the Offer of Judgment by email and by overnight FedEx.  (Doc. 15-2).  Defendant received the acceptance on July 20, 2015, within the 14-day time frame prescribed by Rule 68(a), Fed.R.Civ.P. (Doc. 15-3).

The parties have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).  The court finds that judgment is due to be

---

[1] Defendant has stated in its answer that its correct name is Hull Storey Retail Group L.L.C., d/b/a Hull Property Group.  *See* Doc. 6, Answer, at 1.

entered in favor of plaintiff, John Smith, and against defendant, Hull, Storey, & Gibson Companies, LLC (Hull Storey Retail Group L.L.C., d/b/a Hull Property Group), in accordance with the terms of the Offer of Judgment provided by defendant and accepted by plaintiff.

A separate Final Judgment in accordance with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 22nd day of July, 2015.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE